## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02315- DDD-STV

STEPHEN LECHOT, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

POWERSTROKE WELL CONTROL, INC.,

     Defendant.

---

## PLAINTIFF'S NOTICE OF APPEARANCE

---

TO THE CLERK OF COURT:

     Plaintiff hereby gives notice to the Court and all opposing parties that Andrew W. Dunlap is entering his appearance in this matter as additional counsel for Plaintiff.

Andrew W. Dunlap
**Josephson Dunlap Law Firm**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
(713) 352-1100 Telephone
(713) 352-3300 Facsimile
adunlap@mybackwages.com

Respectfully submitted,

By: */s/ Andrew W. Dunlap*

**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**Josephson Dunlap Law Firm**
11 Greenway Plaza, Suite 3050
Houston, Texas 77005
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
State Bar No. 24001807
Federal ID No. 21615
**Bruckner Burch PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I served a copy of this document on all counsel of record via the Court's ECF system on August 14, 2019.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**