# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| STEPHEN LECHOT, Individually and on Behalf of Others Similarly Situated, | Case No: 1:19-cv-2315-DDD-STV |
| v. | Collective Action (29 U.S.C. § 216(b)) |
| POWERSTROKE WELL CONTROL, INC. | Jury Demanded |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this case with prejudice. A proposed order is attached.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ Rex Burch**
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

Michael A. Josephson
State Bar No. 24014780
Andrew W. Dunlap
State Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Ste. 3050
Houston, Texas 77046
Telephone:     (713) 352-1100
Telecopier:     (713) 352-3300
mjosephson@mybackwages.com
adunlap@mybackwages.com

Attorneys-for-Plaintiffs

**AND**

**DLA PIPER LLP (US)**

By: **/s/ Mary Dollarhide by permission**
_____
    Mary Dollarhide
    (Admitted in District of Colorado)
4365 Executive Dr., Ste. 1100
San Diego, California 92121-2133
Telephone: (585) 677-1400
Telecopier: (585) 677-1401
mary.dollarhide@us.dlapiper.com

Attorney-for-Defendant

## CERTIFICATE OF SERVICE

I served the Rule 41 Stipulation of Dismissal with prejudice on all parties via the Court's ECF System.

**/s/ Rex Burch**
_____
Richard J. (Rex) Burch